# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Dustin Sandiford | ) | Case No. |
| | ) | 5:20-mj-1184-PRL |
| | ) | |
| | ) | **SEALED** |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 2, 2020 _____ in the county of _____ Citrus _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography (Depicting victim less than 12 years old) |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

SA _____
*Complainant's signature*

SA David Moreno, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 12/08/2020 _____

_____
*Judge's signature*

City and state: _____ Ocala, Florida _____

Philip R. Lammens, United States Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**

**COUNTY OF MARION**

MDFL CASE NO. **5:20-mj-1184-PRL**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, David F. Moreno, being duly sworn, state as follows:

### INTRODUCTION

1.     I am a Special Agent (SA) with the Federal Bureau of Investigation

(FBI) and have been so employed since October 27, 2019. Accordingly, I am a

"Federal Law Enforcement Officer" within the meaning of Federal Rule of Criminal

Procedure 41(a)(2)(C). I am currently assigned to the Jacksonville (Florida) Division

of the FBI where I conduct a variety of investigations in the area of criminal matters

including the investigation of crimes against children. In the performance of my

duties, I have investigated and assisted in the investigation of criminal matters

involving the sexual exploitation of children in violation of 18 U.S.C. § 2252A. I

have experience in searches pertaining to the possession, collection, production, and

transportation of child pornography.

2.     The statements contained in this affidavit are based on my personal

knowledge as well as on information provided to me by other law enforcement

officers and personnel. Because this affidavit is being submitted for the limited

purpose of establishing probable cause for an arrest, I have not included each and

1

every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

## STATUTORY AUTHORITY

3. This investigation concerns alleged violations of 18 U.S.C. § 2252A, relating to material involving the sexual exploitation of minors. Based upon my training and experience, I know the following:

a. 18 U.S.C. § 2252A(a), in pertinent part, prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing, or accessing with intent to view any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer.

b. 18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

c.    The internet is a facility of interstate commerce.

## BACKGROUND OF INVESTIGATION AND
## FACTS ESTABLISHING PROBABLE CAUSE

4.    Based on the following information, I submit that probable cause exists to believe that that Dustin Sandiford (hereinafter "Sandiford") knowingly possessed child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

5.    On December 2, 2020, federal agents executed a search warrant for a cellular telephone assigned to a unique call number ending in 1308 known to be used by Sandiford (MDFL Case No. 5:20-mj-1183-PRL). Agents located Sandiford at his place of business in Citrus County, Florida at approximately 10:00 am and discovered the phone in the front pocket of a sweatshirt he was wearing. Pursuant to the federal search warrant, agents seized the cell phone (an iPhone). Agents advised Sandiford that they had a valid search warrant for the contents of the phone, but Sandiford refused to provide the passcode for the device. However, the device had been unlocked when agents initially seized it from Sandiford and agents were able to conduct a limited search of its contents.

6.    Agents reviewing the contents of the cellular phone noted that one of the installed applications was a cloud storage app named "Mega." "Mega" or "Mega.nz" is a cloud storage and file hosting service headquartered in Auckland, New Zealand. Per Mega's website, "only a tiny fraction of our server capacity is physically located here [in New Zealand]." It has only three office locations, which

3

are located in New Zealand, Spain, and Portugal, respectively. See mega.nz/about, last accessed on December 7, 2020. All files stored on Mega necessarily have been transported in foreign commerce, as Mega stores its hosted files by "split[ting] each file into roughly equal-sized parts and stor[ing] each of them in a different country." Mega describes this practice and the technology underlying it as "CloudRAID" and represents that their CloudRAID datacenters are located in Luxembourg, Germany, France, the Netherlands, Spain, Belgium, and Canada (but not the United States). See mega.nz/about/reliability, last accessed on December 7, 2020.

7.     Agents were able to open the "Mega" application and noted that Sandiford's Mega account contained approximately 137 gigabytes of total data. Sandiford's Mega account is tied to a particular email account known to investigators to be regularly used by Sandiford. Agents reviewed the file structure and file names of the data stored in Sandiford's Mega account and discovered that the majority of the material reviewed consisted of videos or images of child pornography. Forensic analysis of this and other devices used by Sandiford is ongoing.

8.     Some of these image files and videos could be accessed by the agents. In reviewing the images and videos, agents noted that several of them were parts of "known series," or collections of child pornography that have been frequently discovered in previous child pornography investigations (suggesting that they have

4

been widely distributed).  A representative sample of images and videos are described below:

 a. Image #1, Name: 2020-05-28 13.08.05_5.jpeg

  i) The image depicts a female of Asian descent under the age of ten years who is nude with her hands bound above her head. Her legs are also bound. She is lying on her back with a nude adult male having vaginal intercourse with her.

 b. Video #1, Name: cp hombre teniendo sexo con niña amarrada al sillón.mp4 (the title is in Spanish and translates approximately to "cp man having sex with little girl tied to chair.")

  i) The video depicts a female aged approximately ten years or younger bent over face-down on the seat of a chair. Her hands and legs are bound while her knees are on the ground. The adult male is later seen in the video kneeled down behind the child having what appears to be vaginal intercourse with her. The video is five minutes and thirteen seconds long.

 c. Video #2, Name: VID-20150402-WA0180.mp4.

  i) The video depicts a female approximately seven years old performing oral sex on an adult male. The video is forty seconds long.

9.     The Federal Bureau of Investigation served a subpoena for information on Mega for the account found on the cellular phone. Mega responded by providing information including login Internet Protocol (IP) addresses along with dates, times, and (in some cases) the type of device used to login. The earliest IP address noted for the account was on April 29, 2020 with an IP address of 35.136.235.186:53297 which is located in Beverly Hills, FL, near Sandiford's home. Agents found that the account was frequently accessed by a mobile device located in Dunnellon, Citrus Springs, Beverly Hills, Homosassa Springs, and Hernando, which are all located near Sandiford's home. A more recent login on December 1, 2020 at 1:18 am was geolocated to Bellevue, WA. The cellular phone device had internet connection at the time via T-Mobile cellular service. T-Mobile is headquartered in Bellevue, WA.

10.     The subscriber for the cellular phone is G.L., who is Sandiford's friend and previous employer. When interviewed, G.L. explained that he has known Sandiford for approximately 20 years and has employed Sandiford in the past at his lawn care business. When Sandiford advised he had needed a phone, G. L. decided to help his friend out and provide him with an iPhone he had previously purchased for an employee. G.L. said that he had fired the employee and had the phone as a spare. G.L. told agents that he performed a factory reset of the phone, erasing its contents, and provided the phone to Sandiford immediately afterwards to use. G.L. advised Sandiford at the time that he would have to set up the phone and create his

own Apple account on the device. G.L. advised the payment for the phone service was set up as an automatic payment from G.L.'s bank account and Sandiford was supposed to pay him back. Review of the cellular phone showed that the Apple account for the phone was registered to an email account bearing Sandiford's own name.

## CONCLUSION

11.    Based on the foregoing, I have probable cause to believe that that Dustin Sandiford knowingly possessed child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

David F. Moreno, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this
_____ 8 _____ day of December, 2020, at Ocala, Florida.

PHILIP R. LAMMENS
United States Magistrate

7